IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01249-MSK-MEH

MARSHALL W. VAGLE,
FORRESTER FINANCIAL, LLC, and
TED KARKUS,

    Plaintiffs,

v.

THE SPECTRANETICS CORPORATION,
JOHN G. SCHULTE,
CRAIG M. WALKER, M.D.,
JONATHAN W. MCGUIRE,
GUY A. CHILDS,
EMILE GEISENHEIMER, and
STEPHEN D. OKLAND, JR.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2010.**

    The Joint Motion Concerning Briefing Schedule for Motion to Dismiss [filed August 3, 2010; docket #21] is **granted**. A briefing schedule is hereby set as follows:

    Defendants' Joint Motion to Dismiss due on or before **August 9, 2010**;
    Plaintiffs' response due on or before **September 20, 2010**; and
    Defendants' reply due on or before **October 15, 2010**.